LAW OFFICES OF

# Frederick L. Sosinsky

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

July 2, 2024

<u>BY ECF</u>
Hon. Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Joseph Lanni
       <u>23 Crim. 0443 (FB)</u>

Dear Judge Block:

  As you are aware, I represent Joseph Lanni, the defendant in the above matter. I am writing to respectfully request that the conditions of Mr. Lanni's appearance bond be modified so as to permit him to attend two dinners with his family to celebrate two of his daughters' milestone birthdays. Mr. Lanni has not made a single request to Your Honor for modification of the conditions of his bond since being released onto home incarceration in December of last year – more than seven months ago.

  The two birthday dinners are as follows: on July 6, at Carbone, 181 Thompson Street, New York, New York (5:30 pm to 8:30 pm) for his daughter IL's 16th birthday, and on July 20 at Berkeley Cut Steak House, 2204 Central Avenue, Seaside Park, New Jersey, (7 pm to 10 pm) for his daughter Arianna's 21st birthday.

  Pretrial Services Officer Tara Sarnelli has advised me that pretrial consents to this request. AUSA Matthew Galeotti also has advised that the government has no objection.

  Thank you for your consideration.

                Respectfully yours,

                Frederick L. Sosinsky

FLS:bms