

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Wayne E. Gosnell, Jr.
Partner
gosnell@clayro.com

July 29, 2024

BY ECF

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>United States v. Lanni, et. al.</u>, 23 Cr. 443 (FB)

Dear Judge Block:

  We are the attorneys for Vito Rappa, who is charged in the above-referenced indictment. We submit this letter to request a modification of Mr. Rappa's conditions from home detention to curfew—in which Mr. Rappa will be restricted to his residence starting at a curfew set by Pre-Trial Services. Mr. Rappa has been fully compliant with his conditions of release and has had no violations since his arrest in November 2023. The proposed modification, in which Mr. Rappa will continue to be surveilled by location monitoring with various travel restrictions, will continue to ensure Mr. Rappa's appearance in court and consistent with the mandate that the court order a defendant's release subject to "the least restrictive further condition[s]" that will "reasonably assure" the defendant's appearance in court and the safety of the community. 18 U.S.C. § 3142(c)(1).

  There are several reasons for this modification request. First, Mr. Rappa's wife recently underwent surgery and is recovering. As a result, Mr. Rappa needs to take her to doctor's appointments and perform more of the daily tasks of living for his family. He also has his own doctor's appointments to attend. Second, Mr. Rappa has been hired as a marketing / sales person, which requires him to travel more frequently during the day and often with less notice than is consistent with requests for modifications of home detention.

  We have conferred with Pre-Trial Services Officer Lura Jenkins, who supervises him directly in New Jersey, and Pre-Trial Services Officer Joohn Kim, who oversees his supervision in New York. Both have no objection to our request.

  We have also conferred with Assistant United States Attorney Matthew Galeotti, who objects to the modification.

Based on the foregoing, we respectfully request that this court grant Mr. Rappa's request and modify his conditions of release to a curfew set by Pre-Trial Services, rather than the current home detention restriction. We are available at the court's convenience to answer any question it may have about our request.

Thank you for your attention to this matter.

Very truly yours,
/s/
Wayne E. Gosnell, Jr.